# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **MARK D. MULKEY,** ) | CASE NO. 8:14CV210 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | REASSIGNMENT |
| ) | ORDER |
| **THE TRANSIT AUTHORITY OF THE CITY** ) | |
| **OF OMAHA, d/b/a METRO AREA,** ) | |
| ) | |
| Defendant. ) | |

_____     _____

| | |
|---|---|
| **JAMES J. MILLER,** ) | CASE NO. 8:14CV27 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| **THE TRANSIT AUTHORITY OF THE CITY** ) | |
| **OF OMAHA, d/b/a METRO AREA,** ) | |
| ) | |
| ) | |
| Defendant. ) | |

It has come to this Court's attention that the above cases are related as defined under NEGenR 1.4(a)(4)(C)(iii). Accordingly, Case No. 8:14CV210, *Mark D. Mulkey v. The Transit Authority of the City of Omaha, d/b/a Metro Area*, is reassigned to Chief Judge Laurie Smith Camp for disposition and remains assigned to Magistrate Judge F. A. Gossett for judicial supervision and processing of all pretrial matters.

IT IS SO ORDERED.

DATED this 22nd day of July, 2014.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge