# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES J. MILLER,<br><br>       **Plaintiff,**<br><br>   vs.<br><br>THE TRANSIT AUTHORITY OF THE<br>CITY OF OMAHA,<br><br>       **Defendant.** | **8:14CV27**<br><br><br>**ORDER OF DISMISSAL** |

This matter is before the Court on the Parties' Stipulation for Dismissal (Filing No. 15). The Stipulation complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved and the above-captioned action should be dismissed with prejudice. The Court will not assess costs and attorney's fees. Accordingly,

IT IS OREDERED:

1.    The Parties' Stipulation for Dismissal (Filing No. 15) is approved;

2.    The above-captioned action is dismissed with prejudice; and

3.    The Court will not assess costs and attorney's fees.

Dated this 19th day of November, 2014

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge